UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRISTAN F BRIGHT,<br><br>        Plaintiff,<br><br>    v.<br><br>MARK LINDQUIST et al.,<br><br>        Defendants. | CASE NO. C11-6061-RJB-JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR: MARCH 9, 2012 |

This 42 U.S.C. §1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judges Rules MJR 1, MJR 3, and MJR 4. Plaintiff was instructed by the Clerk's Office to provide a copy of his inmate trust account and service copies by January 30, 2012 (ECF No. 2). He has failed to comply with those instructions.

The Court recommends that the motion to proceed in forma pauperis be denied and that plaintiff be given thirty days to pay the full filing fee. Failure to pay Three Hundred and Fifty Dollars ($350) within thirty days of adoption of the order should result in dismissal of this action.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. <u>See also</u> Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of de novo review by the district judge. <u>See</u> 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on March 9, 2012, as noted in the caption.

Dated this 8th day February, 2012.

J. Richard Creatura
United States Magistrate Judge