UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRISTAN F. BRIGHT,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARK LINDQUIST et al.,<br><br>　　　　　　　Defendants. | CASE NO. C11-6061RJB-JRC<br><br>ORDER ON REPORT AND<br>RECOMMENDATION |

　　　This matter comes before the court on the Report and Recommendation of the Magistrate Judge. Dkt. 3. The court has considered the relevant documents and the remainder of the file herein.

　　　On December 28, 2011, Plaintiff filed an application to proceed *in forma pauperis* (Dkt. 1) along with a proposed 42 U.S.C. § 1983 civil rights complaint (Dkt. 1-1). On February 8, 2012, Magistrate Judge J. Richard Creatura issued a Report and Recommendation, recommending that, because Plaintiff had failed to comply with instructions (Dkt. 2) to provide a copy of his inmate trust account and service copies by January 30, 2012, the court should dismiss the action unless Plaintiff pays the full $350 filing fee within thirty days of adoption of the order.

ORDER ON REPORT AND
RECOMMENDATION- 1

Dkt. 3 at 1. On February 17, 2012, the mail was returned as undeliverable (Dkt. 4); however, the mail was forwarded on February 24, 2012 to plaintiff's new address at the Washington Corrections Center. Plantiff did not file objections to the Report and Recommendation (Dkt. 3).

Therefore, it is hereby

**ORDERED** that the court adopts the Report and Recommendation (Dkt. 3) and that the motion to proceed *in forma pauperis* (Dkt. 1) is **DENIED WITHOUT PREJUDICE**. The court will dismiss Plaintiff's claims without prejudice unless Plaintiff pays the full filing fee of Three Hundred and Fifty dollars ($350) on or before April 13, 2012.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 14th day of March, 2012.

ROBERT J. BRYAN
United States District Judge